

# Court of Appeals
# Sixth Appellate District of Texas

## J U D G M E N T

Wilco Farmers d/b/a Wilco Farm Stores, Appellant

No. 06-18-00018-CV      v.

Edna Carter, Individually and on behalf of Michael Carter, Deceased; Christopher Carter; Tammy Turnbow; and Teresa Miller, Appellees

Appeal from the 62nd District Court of Hopkins County, Texas (Tr. Ct. No. CV43343). Opinion delivered by Justice Moseley, Chief Justice Morriss and Justice Burgess participating.

As stated in the Court's opinion of this date, we find there was error in the judgment of the court below. Therefore, we reverse the trial court's order denying Wilco's special appearance and dismiss Appellees' cause of action against Wilco.

We further order that the appellees, Edna Carter, Individually and on behalf of Michael Carter, Deceased; Christopher Carter; Tammy Turnbow; and Teresa Miller, pay all costs of this appeal.

RENDERED JULY 31, 2018
BY ORDER OF THE COURT
JOSH R. MORRISS, III
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk